1  Your Name: Arthur Bruce
2  Address: 7 Janet Way #16 Tiberon CA 94920
3  Phone Number: 628-295-5115
4  Fax Number:
5  E-mail Address: arthurjbruce@Gmail.com
6  Pro Se Plaintiff

FILED
AUG 23 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case Number  [leave blank]  C24-05806 DMR

Plaintiff,
Arthur Bruce

v.

Defendant.
Richardson Bay Regional Agency
James Malcolm Steve McGrath

**COMPLAINT**
42 USC 1983

DEMAND FOR JURY TRIAL
Yes ☑   No ☐

**PARTIES**

1. Plaintiff. [Write your name, address, and phone number. Add a page for additional plaintiffs.]

Name: Arthur Bruce
Address: 7 Janet Way Tiberon CA 94920
Telephone: 628-295-5115

2. Defendants. [Write each defendant's full name, address, and phone number.]

Defendant 1:
Name: (RBRA) Richardson Bay Regional Agency
Address: 3501 Civic Center Drive
Telephone: 415 289-4143

1  Defendant 2:
2  Name: James Malcolm
3  Address: 3501 Civic Center Drive
4  Telephone: 415-289-4143
5  Defendant 3:
6  Name: Steve McGrath
7  Address: 3501 Civic Center Drive
8  Telephone: 415-289-4143

## JURISDICTION

Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.

3. My case belongs in federal court

   ☑ under <u>federal question jurisdiction</u> because it involves a federal law or right.

   Which federal law or right is involved?
   _____
   _____

   ☐ under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>and</u> the amount of damages is more than $75,000.

## VENUE

The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.

4. Venue is appropriate in this Court because:

   ☑ a substantial part of the events I am suing about happened in this district.

   ☐ a substantial part of the property I am suing about is located in this district.

1  ☐ I am suing the U.S. government, federal agency, or federal official in his or her official
2  capacity <u>and</u> I live in this district.
3  ☐ at least one defendant is located in this District and any other defendants are located in
4  California.

**INTRADISTRICT ASSIGNMENT**

This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka-McKinleyville.  First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties.  The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties.  The Eureka-McKinleyville division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.

1. Because this lawsuit arose in _____Marin_____ County, it should be assigned to the _____SFO_____ Division of this Court.

**STATEMENT OF FACTS**

Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.

On or around Aug 23 2022 my vessel was seized by RBRA officials without a warrant or an exception to the warrant requirement.

# CLAIMS

## First Claim

Name the law or right violated: 42 USC 1983 4TH AMENDMENT

Name the defendants who violated it: RBRA, James Malcolm, Steve McGrath

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

The seizure of my vessel violated the 4th amendment because all defendants did not have a warrent. My boat was not a threat to anybody. I demanded in writing not to seize and destroy.

2nd Cause of Action
Against All Defendants
42 USC 1983 14th Amendment

Defendants failed to obtain proper statutory leagle documintation to legaly seize my vessel. They claimed that the boat belonged to a third party whom I advised them was not the true owner and RBRA deliberatly ignored my requests to have legal documtion prooving ownership reviewed prior to seizure.

_____3rd_____ Claim

Name the law or right violated: 42 USC 1983 5th AMENDMENT

Name the defendants who violated it: Richardson Bay Regional Agency, James Malcolm, Steve McGrath

All defendants took my boat without just compensation or due process of law. Refused to allow me enough time to remove valuables from vessel prior to complete destruction.

**COMPLAINT**  Page ___ of ___  UPDATED 6/2024

# DEMAND FOR RELIEF

State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.

Nominal compensatory impunitive damages

# DEMAND FOR JURY TRIAL

Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.

[✓] Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 8-23-2024    Sign Name: *[signature]*

Print Name: Arthur Bruce